CHAD R. FULLER CA Bar No. 190830
  cfuller@foley.com
JENNIFER A. SCHNEIDER CA Bar No. 259403
  jschneider@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:   619.234.6655
FACSIMILE:     619.234.3510

Attorneys for Plaintiff John H. Sykes

JEFFREY A. FELDMAN CA Bar No. 154440
  jeffrey@jeffreyfeldman.com
THOMAS H. PORTER CA Bar No. 178998
  tom@jeffreyfeldman.com
**LAW OFFICES OF JEFFREY A. FELDMAN**
425 CALIFORNIA STREET, SUITE 2025
SAN FRANCISCO, CA 94104
TELEPHONE:    415.391.5555

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John H. Sykes, | Case No: 3:10-CV-03858-SC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR REVISED CASE MANAGEMENT SCHEDULE AND FOR LEAVE TO DEFENDANTS TO FILE A SUPPLEMENTAL PLEADING** |
| v. | |
| Rosadia D. Escueta, Paul Thornton, Chong A. Im (individually, and as trustee of the Chong A. Im Trust dated 9/21/07), Kevin In, and Jackie Im, | Judge:   Hon. Samuel Conti<br>Date Complaint Filed: August 27, 2010 |
| Defendants. | |

Plaintiff, John H. Sykes, ("Plaintiff"), by and through his counsel of record, Chad R. Fuller and Jennifer A. Schneider of Foley & Lardner, LLP, and Defendants Rosadia D. Escueta, Paul Thornton, Chong A. Im (individually, and as trustee of the Chong A. Im Trust dated 9/21/07), Kevin Im, and Jackie Im, (collectively "Defendants"), by and through their respective counsel of record, Jeffrey A. Feldman and Thomas H. Porter of the Law Offices of Jeffrey A. Feldman, hereby enter into this stipulation ("Stipulation")

with regard to the following facts:

A. The initial case management conference is currently scheduled for December 17, 2010, at 10 am. Likewise, per the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the last day for the parties to file a Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report and file a Case Management Statement, is December 10, 2010. On November 29, 2010, the Court issued its Order Granting Motion for Preliminary Injunction ("Order") enjoining Defendants from pursuing Plaintiff Sykes in the following pending Financial Industry Regulatory Authority ("FINRA") arbitration cases: FINRA Arbitration Nos. 09-05056 (Escueta v. GunnAllen Financial, et al.); 09-02238 (Thornton v. GunnAllen Financial, et al.); and 09-03838 (Im v. GunnAllen Financial, et al.). Per the Order, the injunction is to remain in force until trial or issuance of a dispositive court order on the issue of FINRA's jurisdiction over Sykes. This Order has changed the landscape of the case. Defendants now seek leave to bring their claims against Plaintiff Sykes into this Court and to file their counterclaim.

B. Counsel for Plaintiff Sykes and Defendants have conferred and have agreed that the Case Management Schedule, set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, should be revised to allow Defendants reasonable time to file their counterclaim before the parties are obligated to begin the Rule 26 process. Defendants, pursuant to FRCP Rule 15(d), will file a Supplemental Pleading in this action, which shall act as a counterclaim, setting forth the types of claims that Defendants had been pursuing against Plaintiff in Defendants' respective FINRA arbitrations, which have now been stayed as to Plaintiff by the Court's order in this action.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff John H. Sykes and Defendants Rosadia D. Escueta, Paul Thornton, Chong A. Im (individually, and as trustee of the Chong A. Im Trust dated 9/21/07), Kevin Im, and Jackie Im that, subject to the Court's approval:

1     a.    The Initial Case Management Conference (CMC) will be held on March 18, 2011, in Courtroom 1, 17th Floor, SF at 10 a.m., and those other deadlines, as set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, are continued accordingly.

    b.    Defendants shall file their Supplemental Pleading, which shall act as a counterclaim, no later than January 7, 2011.

Dated: December 8, 2010

FOLEY & LARDNER LLP
CHAD R. FULLER
JENNIFER A. SCHNEIDER

By: _____
CHAD R. FULLER
Attorneys for Plaintiff John H. Sykes

Dated: December 7, 2010

LAW OFFICES OF JEFFREY A. FELDMAN
JEFFREY A. FELDMAN
THOMAS H. PORTER

By: _____
JEFFREY A. FELDMAN
Attorneys for Defendants Rosadia D. Escueta, Paul Thornton, Chong A. Im (individually, and as trustee of the Chong A. Im Trust dated 9/21/07), Kevin Im, and Jackie Im

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: December 8, 2010

Hon. Samuel Conti
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

3
CASE NO. 3:10-CV-03858-SC