| | |
|---|---|
| 1 | Jeffrey A. Feldman - CA Bar No. 154440 |
| | jeffrey@jeffreyfeldman.com |
| 2 | Thomas H. Porter - CA Bar No. 178998 |
| | tom@jeffreyfeldman.com |
| 3 | Law Offices of Jeffrey A. Feldman |
| | 425 California Street, Suite 2025 |
| 4 | San Francisco, CA 94104 |
| | (415) 391-5555 |
| 5 | |
| | Attorneys for Defendants / Counterclaimants |
| 6 | |
| | Chad R. Fuller - CA Bar No. 190830 |
| 7 | cfuller@foley.com |
| | Foley & Lardner LLP, Attorneys at Law |
| 8 | 402 W. Broadway, Suite 2100 |
| | San Diego, CA 92101-3542 |
| 9 | (619) 234-6655 |
| | Attorneys for Plaintiff / Counterdefendant |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. SYKES, | Case No.  3:10-CV-03858-SC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUED HEARING DATE ON COUNTERDEFENDANT JOHN SYKES 12(b)(6) MOTION AND CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| ROSADIA D. ESCUETA, PAUL THORNTON, CHONG A. IM, INDIVIDUALLY AND AS TRUSTEE OF THE CHONG A. IM TRUST DATED 9/21/07, KEVIN IM AND JACKIE IM, | |
| Defendants. | Judge: Hon. Samuel Conti |
| | Date Complaint Filed: August 27, 2010 |
| ROSADIA D. ESCUETA, PAUL THORNTON, CHONG A. IM, INDIVIDUALLY AND AS TRUSTEE OF THE CHONG A. IM TRUST DATED 9/21/07, KEVIN IM AND JACKIE IM, | |
| Counterclaimants, | |
| v. | |
| JOHN H. SYKES, | |
| Counterdefendant. | |

Case No.  3:10-CV-03858-SC        Stipulation and [Proposed] Order for Continued Hearing Date on 12(b)(6) Motion and Initial CMC

1	Defendants and Counterclaimants Rosadia D. Escueta, Paul Thornton, Chong A. Im,
2	Individually and as Trustee of the Chong A. Im Trust dated 9/21/07, Kevin Im and Jackie Im
3	(hereinafter collectively referred to as "COUNTERCLAIMANTS"), by and through their respective
4	counsel of record, Jeffrey A. Feldman and Thomas H. Porter of the Law Offices of Jeffrey A.
5	Feldman, and the Plaintiff and Counterdefendant John H. Sykes ("COUNTERDEFENDANT"), by
6	and through his counsel of record, Chad R. Fuller, hereby enter into this stipulation
7	("STIPULATION") with regard to the following facts:

8	A.	COUNTERDEFENDANT has filed a motion pursuant to Federal Rule of Civil
9	Procedure 12(b)(6) with respect to the COUNTERCLAIMANTS' Counterclaim, which was filed by
10	the COUNTERCLAIMANTS on January 7, 2011.  The 12(b)(6) motion is scheduled to be heard by
11	the Court on March 18, 2011, at 10:00 a.m.

12	B.	Also on March 18, 2011 at 10:00 a.m., the Initial Case Management Conference in
13	this matter is scheduled.  Likewise, per the Court's order setting the Initial Case Management
14	Conference and ADR deadlines, the last day for the parties to file a Rule 26(f) report, complete
15	initial disclosures, or state objection in Rule 26(f) report and file a case management statement, is
16	March 11, 2011.

17	C.	COUNTERCLAIMANTS have reached a preliminary settlement with the insurance
18	company of a brokerage firm, GunnAllen Financial, Inc. ("GunnAllen"), which insurance ostensibly
19	also covers COUNTERDEFENDANT.  Defendant GunnAllen is currently in a Chapter 11
20	bankruptcy proceeding in the United States Bankruptcy Court, Middle District of Florida, Tampa
21	Division, Case No. 8:10-bk-09635-MGW, and the settlement will need to be approved by the
22	bankruptcy Judge; a hearing has been set for March 28, 2011.  If approved by the Bankruptcy Court,
23	which the parties expect to happen, the dispute between the COUNTERCLAIMANTS and the
24	COUNTERDEFENDANT in this action would be resolved as well.  In order to give the
25	COUNTERCLAIMANTS and GunnAllen's insurance carrier time to have the Bankruptcy Court
26	approve their settlement, and avoid wasting the parties' and the Court's time and resources in this
27	matter, the parties herein have stipulated to move both COUNTERDEFENDANT's 12(b)(6) motion
28	with respect to the Counterclaim, the Initial Case Management Conference, and the associated

1

Case No.  3:10-CV-03858-SC	Stipulation and [Proposed] Order for Continued Hearing Date on 12(b)(6) Motion and Initial CMC

deadlines with that conference, to a hearing date in early May, thereby allowing the parties time to effectuate that settlement and dismiss this matter.  The reason for the early May hearing date is that the settlement hearing in the GunnAllen Bankruptcy Court is currently on calendar for March 28, and the parties would need at least 35 days from the date of that hearing to continue the hearings in this case, in case the Bankruptcy Court does not approve the settlement and COUNTERCLAIMANTS are required to file an opposition to the 12(b)(6) motion.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between COUNTERCLAIMANTS Rosadia D. Escueta, Paul Thornton, Chong A. Im (individually, and as Trustee of the Chong A. Im Trust dated 9/21/07), Kevin Im and Jackie Im, and COUNTERDEFENDANT John H. Sykes, that subject to the Court's approval:

a. The Initial Case Management Conference will be held on May 13, 2011, in Courtroom 1, 17th Floor, San Francisco at 10 a.m., and those other deadlines, as set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, are continued accordingly,

b. COUNTERDEFENDANT John H. Sykes' Motion to Dismiss the Counterclaim pursuant to Federal Rule of Civil Procedure 12(b)(6) will be held on May 13, 2011, in Courtroom 1, 17th Floor, San Francisco at 10 a.m.

DATED: February 25, 2011                LAW OFFICES OF JEFFREY A. FELDMAN


                                         By  /S/ Jeffrey A. Feldman
                                             Jeffrey A. Feldman
                                             Attorneys for Counterclaimants
                                             Rosadia D. Escueta, Paul Thornton, Chong A.
                                             Im (individually, and as trustee of the Chong A.
                                             Im Trust dtd. 9/21/07), Kevin Im, and Jackie Im

DATED: February 25, 2011, 2011          FOLEY & LARDNER LLP


                                         By  /S/ Chad R. Fuller
                                             Chad R. Fuller
                                             Attorneys for Counterdefendant
                                             John H. Sykes

IT IS SO ORDERED
Judge Samuel Conti

2

Case No.  3:10-CV-03858-SC        Stipulation and [Proposed] Order for Continued Hearing Date on 12(b)(6) Motion and Initial CMC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

4  Dated: _____, 2011     _____
                                       Hon. Samuel Conti, Judge
                                       United States District Court

3

Case No. 3:10-CV-03858-SC        Stipulation and [Proposed] Order for Continued Hearing Date on 12(b)(6) Motion and Initial CMC