1    Jeffrey A. Feldman - CA Bar No. 154440
     jeffrey@jeffreyfeldman.com
2    Thomas H. Porter - CA Bar No. 178998
     tom@jeffreyfeldman.com
3    Law Offices of Jeffrey A. Feldman
     425 California Street, Suite 2025
4    San Francisco, CA 94104
     (415) 391-5555
5

6    Attorneys for Defendants / Counterclaimants

7    Chad R. Fuller - CA Bar No. 190830
     cfuller@foley.com
8    Foley & Lardner LLP, Attorneys at Law
     402 W. Broadway, Suite 2100
9    San Diego, CA 92101-3542
     (619) 234-6655
10   Attorneys for Plaintiff / Counterdefendant

                    **UNITED STATES DISTRICT COURT**

11
                    **NORTHERN DISTRICT OF CALIFORNIA**

12

13   **JOHN H. SYKES,**                    )   Case No.  **3:10-CV-03858-SC**
                                           )
14              **Plaintiff,**             )   **STIPULATION AND [~~PROPOSED~~] ORDER**
                                           )   **WITHDRAWING COUNTERDEFENDANT**
15                                         )   **JOHN SYKES 12(b)(6) MOTION WITHOUT**
     **v.**                                )   **PREJUDICE AND STAYING CASE PENDING**
                                           )   **COMPLETION OF SETTLEMENT**
16   **ROSADIA D. ESCUETA, PAUL THORNTON,** )
     **CHONG A. IM, INDIVIDUALLY AND AS**  )
17   **TRUSTEE OF THE CHONG A. IM TRUST**  )
     **DATED 9/21/07, KEVIN IM AND JACKIE IM,** )
18                                         )   **Judge: Hon. Samuel Conti**
                                           )
19              **Defendants.**            )   **Date Complaint Filed: August 27, 2010**
                                           )
20   _____)
                                           )
21   **ROSADIA D. ESCUETA, PAUL THORNTON,** )
     **CHONG A. IM, INDIVIDUALLY AND AS**  )
22   **TRUSTEE OF THE CHONG A. IM TRUST**  )
     **DATED 9/21/07, KEVIN IM AND JACKIE IM,** )
23                                         )
                **Counterclaimants,**      )
24                                         )
     **v.**                                )
25                                         )
     **JOHN H. SYKES,**                    )
26                                         )
                **Counterdefendant.**      )
27   _____)

28

---

1    Defendants and Counterclaimants Rosadia D. Escueta, Paul Thornton, Chong A. Im,

2  Individually and as Trustee of the Chong A. Im Trust dated 9/21/07, Kevin Im and Jackie Im

3  (hereinafter collectively referred to as "COUNTERCLAIMANTS"), by and through their respective

4  counsel of record, Jeffrey A. Feldman and Thomas H. Porter of the Law Offices of Jeffrey A.

5  Feldman, and the Plaintiff and Counterdefendant John H. Sykes ("COUNTERDEFENDANT"), by

6  and through his counsel of record, Chad R. Fuller, hereby enter into this stipulation

7  ("STIPULATION") with regard to the following facts:

8    A.    COUNTERDEFENDANT has filed a motion pursuant to Federal Rule of Civil

9  Procedure 12(b)(6) with respect to the COUNTERCLAIMANTS' Counterclaim, which was filed by

10  the COUNTERCLAIMANTS on January 7, 2011.  The 12(b)(6) motion is currently scheduled to be

11  heard by the Court on May 13, 2011, at 10:00 a.m.  COUNTERCLAIMANTS' opposition to the

12  motion is due April 22, 2011.

13    B.    Also on May 13, 2011 at 10:00 a.m., the Initial Case Management Conference in

14  this matter is scheduled.  Likewise, per the Court's order setting the Initial Case Management

15  Conference and ADR deadlines, the last day for the parties to file a Rule 26(f) report, complete

16  initial disclosures, or state objection in Rule 26(f) report and file a case management statement, is

17  May 6, 2011.

18    C.    COUNTERCLAIMANTS have entered into settlement agreements and releases with

19  the insurance company of a brokerage firm, GunnAllen Financial, Inc. ("GunnAllen"), which

20  insurance ostensibly also covers COUNTERDEFENDANT.  COUNTERCLAIMANTS have also

21  entered into a mutual release with COUNTERDEFENDANT.  GunnAllen is currently in a Chapter

22  11 bankruptcy proceeding in the United States Bankruptcy Court, Middle District of Florida, Tampa

23  Division, Case No. 8:10-bk-09635-MGW.  These settlement agreements and releases have been

24  fully executed and approved by the bankruptcy Judge.  Now that the settlements have been

25  approved, the parties are awaiting the final, non appealable Order from the bankruptcy court , after

26  which payment will issue and this matter will be fully resolved.  The parties anticipate that the Order

27  should issue at or near the end of April 2011, and that payment should be made within 30 days

28  thereafter.

1

1    D.    In order to allow sufficient time for the settlement to be concluded, which settlement

2  will result in the dismissal of these proceedings, and to avoid wasting the parties' and the Court's

3  time and resources in this matter, the parties herein have stipulated to a withdrawal without

4  prejudice of COUNTERDEFENDANT's 12(b)(6) motion with respect to the Counterclaim, and to a

5  stay of these proceedings to August 31, 2011 pending completion of the terms of the settlement.  In

6  the event that the settlement is not completed by August 31, 2011, COUNTERDEFENDANT will

7  re-notice the 12(b)(6) motion and the case will be placed back on the Case Management Conference

8  calendar.

9    NOW THEREFORE, IT IS HEREBY STIPULATED by and between

10  COUNTERCLAIMANTS Rosadia D. Escueta, Paul Thornton, Chong A. Im (individually, and as

11  Trustee of the Chong A. Im Trust dated 9/21/07), Kevin Im and Jackie Im, and

12  COUNTERDEFENDANT John H. Sykes, that subject to the Court's approval:

13    a.    The 12(b)(6) motion filed by COUNTERDEFENDANT is hereby withdrawn without

14        prejudice and this case stayed until August 31, 2011, pending completion of the terms

15        of the above referenced settlement.  If the settlement is not completed by August 31,

16        2011, COUNTERDEFENDANT will re-notice the motion and the Case Management

17        Conference will be placed back on calendar.

18

19  DATED: April 21, 2011            LAW OFFICES OF JEFFREY A. FELDMAN

20

21                        By  /S/ Jeffrey A. Feldman_____
                            Jeffrey A. Feldman
22                          Attorneys for Counterclaimants
                            Rosadia D. Escueta, Paul Thornton, Chong A.
23                          Im (individually, and as trustee of the Chong A.
                            Im Trust dtd. 9/21/07), Kevin Im, and Jackie Im

24  DATED: April 21, 2011            FOLEY & LARDNER LLP

25

26                        By  /S/ Chad R. Fuller_____
                            Chad R. Fuller
27                          Attorneys for Counterdefendant
                            John H. Sykes
28

2

IT IS SO ORDERED

Judge Samuel Conti

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____, 2011    _____
                                        Hon. Samuel Conti, Judge
                                        United States District Court

3