```
 1  CHAD R. FULLER CA Bar No. 190830
        cfuller@foley.com
 2  FOLEY & LARDNER LLP
    ATTORNEYS AT LAW
    402 W. BROADWAY, SUITE 2100
 3  SAN DIEGO, CA 92101-3542
    TELEPHONE:    619.234.6655
    FACSIMILE:    619.234.3510
 4
    Attorneys for Plaintiff and Counterdefendant John H. Sykes
 5
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN H. SYKES<br><br>PLAINTIFF,<br><br>V.<br><br>ROSADIA D. ESCUETA, PAUL THORNTON, CHONG A. IM, INDIVIDUALLY AND AS TRUSTEE OF THE CHONG A. IM TRUST DATED 9/21/07, KEVIN IM AND JACKIE IM<br><br>DEFENDANTS. | Case No: CV 10 3858 SC<br><br>**STIPULATION OF DISMISSAL**<br><br>JUDGE:         HON. SAMUEL CONTI<br>COURTROOM:  1<br><br>DATE COMPLAINT FILED: AUG. 27, 2010 |
| ROSADIA D. ESCUETA, PAUL THORNTON, CHONG A. IM, INDIVIDUALLY AND AS TRUSTEE OF THE CHONG A. IM TRUST DATED 9/21/07, KEVIN IM AND JACKIE IM<br><br>COUNTERCLAIMANTS,<br><br>VS.<br><br>JOHN H. SYKES<br><br>COUNTERDEFENDANT. | |

///

///

///

1

1   IT IS HEREBY STIPULATED by and between plaintiff/counter-defendant John
2   H. Sykes ("Plaintiff/Counter-Defendant") and defendants/counter-claimants Rosadia D.
3   Escueta, Paul Thornton, Chong A. Im, individually and as trustee of the Chong A. Im
4   Trust Dated 9/21/07, Kevin Im, and Jackie Im (collectively, "Defendants/Counter-
5   Claimants"), i.e, the parties to this action, through their designated counsel, that the
6   above-captioned action and the claims and counterclaims asserted therein be and hereby
7   are dismissed with prejudice in their entirety pursuant to Federal Rule of Civil Procedure
8   41(a)(1). It is further stipulated that each party shall be responsible for its own attorneys'
9   fees and costs incurred in connection with the above-captioned matter.

Dated: July 13, 2011          **FOLEY & LARDNER LLP**
                              CHAD R. FULLER


                              By: /S/ Chad R. Fuller
                                  Attorneys for Plaintiff and Counterdefendant
                                  John H. Sykes

Dated: July 13, 2011          **LAW OFFICES OF JEFFREY A. FELDMAN**
                              JEFFREY A. FELDMAN


                              By: /S/ Jeffrey A. Feldman
                                  Attorneys for Defendants and
                                  Counterclaimants


IT IS SO ORDERED.

Dated:    7/14/11
                              _____
                              HON. S/
                              U.S. Dist    IT IS SO ORDERED
                                           Judge Samuel Conti

STIPULATION OF DISMISSAL
CASE NO. SC CV 10 3858